02-12-125-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00125-CV

 

 


 
 
 In re Kathleen Dickerson
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and motion for temporary
relief and is of the opinion that relief should be denied.  Accordingly,
relator’s petition for writ of mandamus and motion for temporary relief are
denied.

 

PER CURIAM

 

PANEL: 
MEIER, DAUPHINOT, and MCCOY, JJ.

 

DELIVERED: 
April 3, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).